B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Wisconsin

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**National Graphics, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**39-1249115** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12855 Lisbon Rd**<br>**Suite 100**<br>**Brookfield, WI**      ZIP Code **53005** | Street Address of Joint Debtor (No. and Street, City, and State):      ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Waukesha** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):      ZIP Code | Mailing Address of Joint Debtor (if different from street address):      ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | National Graphics, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____  Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **National Graphics, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Leonard G. Leverson
Signature of Attorney for Debtor(s)

Leonard G. Leverson
Printed Name of Attorney for Debtor(s)

Leverson & Metz S.C.
Firm Name

225 East Mason Street
Suite 100
Milwaukee, WI 53202-3638
Address

(414) 271-8500  Fax: (414) 271-8504
Telephone Number

November 7, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Donald R. Krause
Signature of Authorized Individual

Donald R. Krause
Printed Name of Authorized Individual

President
Title of Authorized Individual

November 7, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## UNANIMOUS CONSENT RESOLUTION OF NATIONAL GRAPHICS, INC.

The undersigned, being all of the directors of National Graphics, Inc., a corporation duly incorporated under the laws of the State of Wisconsin (the "Company"), hereby adopt and authorize the following resolutions pursuant to § 180.0821 of the Wisconsin Statutes:

RESOLVED, that Donald R. Krause, as President of the Company (the "President") is hereby authorized, on behalf of and in the name of the Company, to execute all documents, papers and pleadings and to take all actions which the President in his sole discretion may deem necessary or appropriate to file a voluntary petition seeking relief under Chapter 11 of the United States Bankruptcy Code (the "Code").

RESOLVED FURTHER, that the President hereby is authorized, on behalf of and in the name of the Company, to execute all documents, papers, and pleadings and to take all actions which he may deem necessary or appropriate to operate the business of the Company and to perform its duties as "debtor-in-possession" under Chapter 11, and to take any other actions that he may deem necessary or appropriate for the conduct and/or liquidation of such business or any portion thereof.

RESOLVED FURTHER, that the President is authorized, on behalf and in the name of the Company, to retain the services of Leverson & Metz S.C. as bankruptcy counsel for all matters connected with the commencement and conduct of the Chapter 11 proceedings, and all matters related thereto, subject to the approval of the Bankruptcy Court.

Dated this 7th day of November, 2011.

BY _____
Donald R. Krause, Director

BY _____
Deborah E. Krause, Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **National Graphics, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chicago Laminating, Inc.**<br>**125 Weiler Road**<br>**Arlington Heights, IL 60005** | **Chicago Laminating, Inc.**<br>**125 Weiler Road**<br>**Arlington Heights, IL 60005** | **Trade payable** | | **1,836.33** |
| **Converting Solutions, Inc.**<br>**8910 58th Place, Suite 100**<br>**Kenosha, WI 53144** | **Converting Solutions, Inc.**<br>**8910 58th Place, Suite 100**<br>**Kenosha, WI 53144** | **Trade payable** | | **19,058.58** |
| **Dwayne Johnson & Associates SC**<br>**N16 W24132 Prairie Ct., Ste 270**<br>**Waukesha, WI 53188** | **Dwayne Johnson**<br>**Dwayne Johnson & Associates SC**<br>**N16 W24132 Prairie Ct., Ste 270**<br>**Waukesha, WI 53188**<br>**262.544.4899** | **Accounting fees** | | **13,375.00** |
| **e-Best**<br>**Rm 912**<br>**Fu Hang Ind Bldg 1**<br>**Hok Yuen St, East Kowloon**<br>**HONG KONG** | **John Ho**<br>**e-Best**<br>**Rm 912, Fu Hang Ind Bldg 1**<br>**Hok Yuen St., East Kowloon**<br>**Hong Kong** | **Trade payable** | | **60,647.64** |
| **Eric Steinbach**<br>**N84 W16344 Donald Ave**<br>**Menomonee Falls, WI 53051** | **Eric Steinbach**<br>**N84 W16344 Donald Ave**<br>**Menomonee Falls, WI 53051** | **Payroll** | | **1,381.46** |
| **Kravit, Hovel & Krawczyk SC**<br>**825 N Jefferson**<br>**Milwaukee, WI 53202-3737** | **Kravit, Hovel & Krawczyk SC**<br>**825 N Jefferson**<br>**Milwaukee, WI 53202-3737**<br>**414.271.7100** | **Legal fees** | | **243,886.41** |
| **Kurt Sutheimer**<br>**7826 W Clarke St**<br>**Milwaukee, WI 53213** | **Kurt Sutheimer**<br>**7826 W Clarke St**<br>**Milwaukee, WI 53213**<br>**414.801.2113** | **Expert witness fees** | **Disputed** | **20,012.65** |
| **Michael M. Krill Law Office**<br>**735 N Water St.**<br>**Suite 510**<br>**Milwaukee, WI 53202** | **Michael Krill**<br>**Michael M. Krill Law Office**<br>**735 N Water St.**<br>**Suite 510**<br>**Milwaukee, WI 53202**<br>**(414) 224-8300** | **Legal fees** | | **225,000.00** |

B4 (Official Form 4) (12/07) - Cont.
In re **National Graphics, Inc.** Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **National Graphic Solutions**<br>**2600 N Ballard Rd**<br>**Appleton, WI 54911** | **Myron Jones**<br>**National Graphic Solutions**<br>**2600 N Ballard Rd**<br>**Appleton, WI 54911**<br>**(920) 734-7500** | **Trade payable** | **Disputed** | 25,938.03 |
| **Pacur, LLC**<br>**3555 Moser St**<br>**Oshkosh, WI 54901** | **Brad Sall**<br>**Pacur**<br>**3555 Moser St**<br>**Oshkosh, WI 54901**<br>**(920) 236-2888** | **Trade payable** | **Disputed** | 18,330.00 |
| **Park Bank**<br>**c/o Joseph E. Fenzel, Esq.**<br>**Joseph E. Fenzel S.C.**<br>**757 North Broadway, Suite 300**<br>**Milwaukee, WI 53202** | **Park Bank**<br>**c/o Joseph E. Fenzel, Esq.**<br>**Joseph E. Fenzel S.C.**<br>**Milwaukee, WI 53202** | **Guarantee liability** | **Disputed** | 3,500,000.00 |
| **Quad/Graphics**<br>**Accounts Payable**<br>**PO Box 9**<br>**Burlington, WI 53105** | **Mary Lindfors**<br>**Quad/Graphics**<br>**Accounts Payable**<br>**PO Box 9**<br>**Burlington, WI 53105**<br>**262.255.5800** | **Trade payable** | | 7,699.58 |
| **Reinhart Boerner Van Deuren S.C.**<br>**PO Box 2965**<br>**Milwaukee, WI 53201-2965** | **Reinhart Boerner Van Deuren S.C.**<br>**PO Box 2965**<br>**Milwaukee, WI 53201-2965**<br>**414.298.1000** | **Legal fees** | | 3,714.95 |
| **Rochester Magnet Company**<br>**119 Despatch Drive East**<br>**East Rochester, NY 14445** | **Brian Phillips**<br>**Rochester Magnet Company**<br>**119 Despatch Drive East**<br>**East Rochester, NY 14445**<br>**585-385-5550** | **Trade payable** | | 3,409.75 |
| **RR Donnelley**<br>**PO Box 93514**<br>**Chicago, IL 60673-3514** | **RR Donnelley**<br>**PO Box 93514**<br>**Chicago, IL 60673-3514** | **Trade payable** | **Subject to setoff** | 18,436.92 |
| **Spartech Plastics**<br>**c/o Kohner, Mann & Kailas, SC**<br>**4650 N Port Washington Rd**<br>**Milwaukee, WI 53212** | **Spartech Plastics**<br>**c/o Kohner, Mann & Kailas, SC**<br>**4650 N Port Washington Rd**<br>**Milwaukee, WI 53212**<br>**(414) 962-5110** | **Trade payable** | | 32,388.17 |
| **Spyder Design, LLC**<br>**S96 W33090 Hickorywood Trail**<br>**Mukwonago, WI 53149** | **Ronald S. Fladwood**<br>**Spyder Design, LLC**<br>**S96 W33090 Hickorywood Trail**<br>**Mukwonago, WI 53149**<br>**262.432.5820** | **Trade payable** | | 3,335.00 |
| **WE Energies**<br>**c/o Bankruptcy Department**<br>**P.O. Box 2046 - Room A130**<br>**Milwaukee, WI 53201** | **WE Energies**<br>**c/o Bankruptcy Department**<br>**P.O. Box 2046 - Room A130**<br>**Milwaukee, WI 53201** | **Utilities** | | 2,180.13 |

B4 (Official Form 4) (12/07) - Cont.

In re **National Graphics, Inc.**        Case No. _____

                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Whyte Hirschboeck Dudek SC**<br>**555 E Wells St**<br>**Suite 1900**<br>**Milwaukee, WI 53202** | **Whyte Hirschboeck Dudek SC**<br>**555 E Wells St**<br>**Suite 1900**<br>**Milwaukee, WI 53202**<br>**(414) 273-2100** | **Legal fees** | **Potentially subject to setoff** | 685,074.28 |
| **Wisconsin Dept. of Revenue**<br>**Special Procedures Unit**<br>**PO Box 8901**<br>**Madison, WI 53708-8901** | **Wisconsin Dept. of Revenue**<br>**Special Procedures Unit**<br>**PO Box 8901**<br>**Madison, WI 53708-8901**<br>**(608) 266-2776** | **Sales tax** | | 2,788.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 7, 2011**        Signature   **/s/ Donald R. Krause**
                                                                       **Donald R. Krause**
                                                                       **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Brown & Jones Reporting
312 East Wisconsin Avenue # 608
Milwaukee, WI 53202-4307

Built Right Home Improvements, LLC
W152 N6901 Westwood Dr
Menomonee Falls, WI 53051

Cardmember Services
PO Box 790408
Saint Louis, MO 63179-0408

Chicago Laminating, Inc.
125 Weiler Road
Arlington Heights, IL 60005

CIT Technology Fin Serv, Inc.
21146 Network Place
Chicago, IL 60673-1211

Computer Packages, Inc.
414 Hungerford Drive, Ste 300
Rockville, MD 20850

Converting Solutions, Inc.
8910 58th Place, Suite 100
Kenosha, WI 53144

Converting Solutions, Inc.
c/o Nicholas Infusino
Madigrano, Aiello & Santarelli, LLC
1108 56th St
Kenosha, WI 53140

Devonne O'Gorman
12625 Falcon Drive
Brookfield, WI 53005

Donald R. Krause
W4722 Superior Dr
Lomira, WI 53048

Dwayne Johnson & Associates SC
N16 W24132 Prairie Ct., Ste 270
Waukesha, WI 53188

e-Best
Rm 912
Fu Hang Ind Bldg 1
Hok Yuen St, East Kowloon
HONG KONG

Eric Steinbach
N84 W16344 Donald Ave
Menomonee Falls, WI 53051

```
Federated Insurance
PO Box 64304
Saint Paul, MN 55164-0304

Fetherstonhaugh
PO Box 2999
Station D
Ottawa, ON  K1P 5Y6
CANADA

Hull Brothers Lawn Care & Landscaping
PO Box 731
Pewaukee, WI 53072

Intellectual Property Office
c/o Barclays Bank
PLC 121 Queen Street
Cardiff, CF10 2XU
GREAT BRITAIN

Internal Revenue Service
Attn: Laurie Downs
Office of District Counsel
211 West Wisconsin Avenue
Milwaukee, WI 53203

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114-7346

Internal Revenue Service
Special Procedures Section
Mail Stop 5301 MIL
211 West Wisconsin Avenue
Milwaukee, WI 53203

Jane Boyd
17705 Bedford Drive
Brookfield, WI 53045

Kravit, Hovel & Krawczyk SC
825 N Jefferson
Milwaukee, WI 53202-3737

Kurt Sutheimer
7826 W Clarke St
Milwaukee, WI 53213

Lisbon Office Property, LLC
c/o Donald R. Krause
12855 Lisbon Road
Brookfield, WI 53005
```

Michael M. Krill Law Office
735 N Water St.
Suite 510
Milwaukee, WI 53202

National Graphic Solutions
2600 N Ballard Rd
Appleton, WI 54911

PAC & G, LLC
c/o Robert Roth
Niebler Pyzyk, Roth & Carrig, LLP
PO Box 444
Menomonee Falls, WI 53052-0444

Pacur, LLC
3555 Moser St
Oshkosh, WI 54901

Park Bank
14870 West Greenfield Avenue
Brookfield, WI 53005

Park Bank
c/o Joseph E. Fenzel, Esq.
Joseph E. Fenzel S.C.
757 North Broadway, Suite 300
Milwaukee, WI 53202

Paul Swanson
Steinhilber, Swanson, Mares, Marone
& McDermott
P.O. Box 617, 107 Church Avenue
Oshkosh, WI 54903-0617

Paypal
2211 North First Street
San Jose, CA 95131

Quad/Graphics
Accounts Payable
PO Box 9
Burlington, WI 53105

Reinhart Boerner Van Deuren S.C.
PO Box 2965
Milwaukee, WI 53201-2965

Rochester Magnet Company
119 Despatch Drive East
East Rochester, NY 14445

Ronald Fladwood
S96W33090 Hickorywood Trl
Mukwonago, WI 53149-8665

RR Donnelley
PO Box 93514
Chicago, IL 60673-3514

Shane P. McGaffick
N54 W17744 Walnut Way Dr
Menomonee Falls, WI 53051

Spartech Plastics
c/o Kohner, Mann & Kailas, SC
4650 N Port Washington Rd
Milwaukee, WI 53212

Spartech Plastics
91462 Collections Center Dr
Chicago, IL 60693

Spellmire
77 W Wacker Dr, Suite 4800
Chicago, IL 60601

Spyder Design, LLC
S96 W33090 Hickorywood Trail
Mukwonago, WI 53149

Stamps.com
12959 Coral Tree Place
Los Angeles, CA 90066-7020

Statewide Security Systems
PO Box 5245
Elm Grove, WI 53122

TDS Metrocom
PO Box 94510
Palatine, IL 60094-4510

The City of Brookfield
2000 N Calhoun Rd
Brookfield, WI 53005

The Hartford
PO Box 2907
Hartford, CT 06104-2907

Veolia ES Solid Waste Midwest, LLC
PO Box 6484
Carol Stream, IL 60197-6484

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

WE Energies
c/o Bankruptcy Department
P.O. Box 2046 - Room A130
Milwaukee, WI 53201

WE Energies
231 W. Michigan Street
Milwaukee, WI 53203

Whyte Hirschboeck Dudek SC
555 E Wells St
Suite 1900
Milwaukee, WI 53202

WI Dept. of Workforce Development
Unemployment Comp. Division
PO Box 7945
Madison, WI 53707-7945

Wisconsin Dept. of Revenue
Special Procedures Unit
PO Box 8901
Madison, WI 53708-8901

Wisconsin Dept. of Revenue
PO Box 8946
Madison, WI 53708-8946

Worldwide Express
PO Box 50155
Indianapolis, IN 46250